

**ORDERED in the Southern District of Florida on March 23, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO. 20-17132-BKC-LMI |
| CARLOS R. WEISSENBERG | Chapter 7 |
| Debtor._____/ | ADV. CASE NO. 21-01039-BKC-LMI |
| BARRY MUKAMAL, TRUSTEE<br>Plaintiff,<br>vs. | |
| CARLOS R. WEISSENBERG | |
| Defendant._____/ | |

### ORDER DENYING MOTION FOR FINAL DEFAULT JUDGMENT

This matter came before the Court upon the *Motion for Final Default Judgment* (ECF #13) (the "Motion") filed by Plaintiff Barry Mukamal, Trustee against Defendant Carlos R. Weissenberg. The Court having reviewed the Motion and the record, hereby **ORDERS** as follows:

1. The Motion is DENIED. The Motion does not match the relief sought in the complaint.[1]

### 

Copies furnished to:
Robert C. Meyer, Esq.
Carlos R. Weissenberg, pro se Defendant

*Attorney Meyer is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*

---

[1] The Court notes that it does not enter default final judgments denying a debtor's discharge. When and if the Trustee decides to renew such Motion, the Trustee will be required to prove the allegations of the complaint by proffer and the Court will take judicial notice as appropriate.